UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:00CR249(JCH) |
| v. | |
| JEFFREY NATHENSON | February 9, 2005 |

**NOTICE OF APPEARANCE**

    Please enter the appearance of Peter S. Jongbloed, Assistant United States Attorney, as counsel for the United States of America, in the above-referenced case. My appearance is in lieu of the appearance of Michael R. Sklaire, Assistant United States Attorney, United States Attorney's Office, Department of Justice.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


BY:    JAMES J. FINNERTY
        ASSISTANT UNITED STATES ATTORNEY
        FEDERAL BAR. NO. CT15302


FOR:   PETER S. JONGBLOED
        ASSISTANT UNITED STATES ATTORNEY
        FEDERAL BAR NO. ct03192
        157 CHURCH STREET, 23RD FLOOR
        NEW HAVEN, CT 06510
        TEL. 203.821.3700

**CERTIFICATION**

This is to certify that a copy of the within and foregoing was sent by First Class mail on this 9th day of February 2005, to the following counsel of record:

Frederick D. Paoletti, Jr., Esq.
Paoletti & Gusmano
3301 Main Street
Bridgeport, CT 06606

_____
JAMES J. FINNERTY
ASSISTANT UNITED STATES ATTORNEY