UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:00CR249(JCH) |
| v. | |
| JEFFREY NATHENSON | February 9, 2005 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw the appearance of Assistant United States Attorney Michael R. Sklaire. Assistant United States Attorney Sklaire is no longer employed by the office and the undersigned has filed an appearance in this matter.

Accordingly, it is requested that this motion be granted.

             Respectfully submitted,

             KEVIN J. O'CONNOR
             UNITED STATES ATTORNEY

    BY: JAMES J. FINNERTY
       ASSISTANT UNITED STATES ATTORNEY
       FEDERAL BAR NO. CT15203

       PETER S. JONGBLOED
       ASSISTANT UNITED STATES ATTORNEY
       FEDERAL BAR NO. ct03192
       157 CHURCH STREET, 23RD FLOOR
       NEW HAVEN, CT 06510
       TEL. 203.821.3700

**CERTIFICATION**

This is to certify that a copy of the within and foregoing was sent by First Class mail on this 9th day of February 2005, to the following counsel of record:

Frederick D. Paoletti, Jr., Esq.
Paoletti & Gusmano
3301 Main Street
Bridgeport, CT 06606

_____
JAMES J. FINNERTY
ASSISTANT UNITED STATES ATTORNEY