UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:00CR249(JCH) |
| v. | |
| JEFFREY NATHENSON | February 9, 2005 |

### OBJECTION TO RETURN OF PROPERTY

    The United States of America herewith objects to the return of property to the defendant, currently held by the United States District Court in Bridgeport, Connecticut. Assistant United States Attorney Peter S. Jongbloed represents that the defendant was arrested on February 2, 2005 on new federal charges for which he is represented by a federal public defender. The government requests that the property, specifically mortgage papers for 33 Rolling Wood Drive, Trumbull, Connecticut be retained by the court pending resolution of the new federal charges of which Jeffrey Nathenson is accused.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

BY:    JAMES J. FINNERTY
          ASSISTANT UNITED STATES ATTORNEY
          FEDERAL BAR NO. CT15203

          PETER S. JONGBLOED
          ASSISTANT UNITED STATES ATTORNEY
          FEDERAL BAR NO. ct03192
          157 CHURCH STREET, 23RD FLOOR
          NEW HAVEN, CT 06510
          TEL. 203.821.3700

**CERTIFICATION**

This is to certify that a copy of the within and foregoing was sent by First Class mail on this 9th day of February 2005, to the following counsel of record:

Frederick D. Paoletti, Jr., Esq.
Paoletti & Gusmano
3301 Main Street
Bridgeport, CT 06606

_____
JAMES J. FINNERTY
ASSISTANT UNITED STATES ATTORNEY