UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:00 CR 249(JCH) |
| V. | : | |
| JEFFREY NATHENSON | : | FEBRUARY 4, 2005 |

## MOTION FOR RETURN OF PROPERTY

The undersigned respectfully moves the property of Jeffrey Nathenson be returned.

Respectfully Submitted,

THE DEFENDANT, JEFFREY NATHENSON

BY:_____
FREDERICK D. PAOLETTI, ESQ.
Paoletti & Gusmano
Fed. Bar No.: CT 09223
3301 Main Street
(203) 371-1000 Fax (203) 373-9888
Bridgeport, CT 06604

This is to certify that a copy of the foregoing was mailed, postage prepaid on this date to all counsel and pro se parties of record as follows:

AUSA Michael Sklaire
Office of the U.S. Attorney
141 Church Street, 23rd Floor
New Haven, Connecticut 06510

Joseph Zampano
United States Probation Office
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Frederick D. Paoletti Jr.

**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

February 2, 2005

Frederick D. Paoletti, Jr.
Paoletti & Gusmano
3301 Main St.
Bridgeport, CT 06606

Re: 3:00cr249(JCH)
USA v Nathanson

Dear Counselor:

Inasmuch as the above-entitled case has been disposed of in this court, I am requesting that you file a motion for return of property by __02/14/2005__ for the following items:

**Mortgage Papers for
33 Rolling Wood Drive
Trumbull, CT**

Any objection to the return of this property shall be filed by __02/22/2005__.

If no motion or objection has been filed by __02/28/2005__, the property will be disposed of accordingly.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

cc: AUSA

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

To: William F. Dow, III
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606

UNITED STATES OF AMERICA

v.

ONE 2000 FORD EXPEDITION
VIN 1FMPU18L9YLA48898
Civil No. 3:05CV00121(JCH)

## *WAIVER OF SERVICE OF PROCESS*

I acknowledge receipt of your request that I waive service of a Verified Complaint of Forfeiture in the above-captioned case in the United States District Court for the District of Connecticut. I have also received a copy of the Warrant of Arrest in Rem, two copies of this waiver of service of process form, and a return envelope, postage prepaid.

I agree to save the cost of service of process of the above-described documents in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the process or in the service of the process.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if a claim is not served upon you within thirty (30) days from January 26, 2005, and answer within twenty (20) days of the filing of the claim.

I declare under penalty of perjury that if I am being served in my individual capacity, I am not in the military service of the United States and I am a competent person of suitable age to receive legal papers.

1/28/05
Date

Signature

William F. Dow, III
Printed/Typed Name

Attorney for Claimant Mark Motors
Relationship to Entity/Authority to Receive Service of Process

*Duty to Avoid Unnecessary Costs of Service of Summons*

*Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant who, after being notified of an action and asked to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.*

*It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.*

*A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney ( or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.*