UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:00 CR 249(JCH) |
| V. | : | |
| JEFFREY NATHENSON | : | AUGUST 12, 2005 |

**MOTION FOR RETURN OF BOND**

The undersigned respectfully moves the bond of Jeffrey Nathenson be returned and released, specifically mortgage deed.

                Respectfully Submitted,

                THE DEFENDANT, JEFFREY NATHENSON

                BY:_____
                FREDERICK D.PAOLETTI, ESQ.
                Paoletti & Gusmano
                Fed. Bar No.: CT 09223
                3301 Main Street
                (203) 371-1000 Fax (203) 373-9888
                Bridgeport, CT 06604

This is to certify that a copy of the foregoing was mailed, postage prepaid on this date to all counsel and pro se parties of record as follows:

AUSA Michael Sklaire
Office of the U.S. Attorney
141 Church Street, 23rd Floor
New Haven, Connecticut 06510

Joseph Zampano
United States Probation Office
915 Lafayette Blvd.
Bridgeport, CT 06604

                _____
_____ Frederick D. Paoletti Jr.