AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   CONNECTICUT

UNITED STATES OF AMERICA

V.   **APPEARANCE**

**KEVIN B. CASEY, et als.**
 [Defendant: Jeffrey Nathenson]   DOCKET NUMBER: 3:00CR00249(JCH)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

MARCH 9, 2007
DATED                          SIGNATURE

ALEX V. HERNANDEZ
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct08345
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut   06604
CITY          STATE          ZIP CODE

203-696-3000
PHONE NUMBER

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to William M. Bloss, Esq., Koskoff, Koskoff & Bieder, PC., 350 Fairfield Avenue, Bridgeport, CT 06604-6023, this 9th day of March, 2007.

ALEX V. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY