# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JEFFREY NATHENSON

Docket No. 3:00CR00249(JCH)

**FILED**

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, Joseph Zampano, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffrey Nathenson who was sentenced to 18 months imprisonment for Conspiracy to Possess With Intent to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 846 by the Honorable Janet C. Hall, United States District Judge, sitting in the court at Bridgeport, Connecticut on November 7, 2001 who fixed the period of supervision at 4 years which commenced on April 1, 2003 and imposed the general terms and conditions theretofore adopted by the court. The special conditions imposed are: 1) the defendant shall participate in a substance abuse testing and treatment, either inpatient or outpatient, as directed by the probation officer. The defendant shall pay all or a portion of the costs associated with such treatment based on his ability to pay as determined by the probation officer; 2) the defendant shall participate in a mental health treatment program, either inpatient or outpatient, as directed by the probation officer. The defendant shall pay all or a portion of the costs associated with such treatment based on his ability to pay as determined by the probation officer; 3) the defendant shall pay a $10,000 fine at the rate of $500 per month.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following condition of supervised release:

**Standard Condition:** "The defendant shall not commit another federal, state or local crime. The defendant shall not illegally possess a controlled substance."

On February 2, 2005, undercover officers working with the Drug Enforcement Administration (DEA) arrested Mr. Nathenson after arranging to have him purchase 20 pounds of marijuana in exchange for a 2000 Jaguar S Type motor vehicle. The defendant was taken into custody and charged by the federal government with Conspiracy to Possess With Intent to Distribute Marijuana, and Attempt to Possess With Intent to Distribute Marijuana, in violation of 21 U.S.C.§§ 846 and 841(a)(1). In addition, the defendant was charged with Unlawful Use of a Communications Facility (Telephone) to Facilitate a Narcotics Trafficking Offense, in violation of 21 U.S.C. § 843(b). The defendant was initially presented on February 2, 2005 and ordered released on pretrial bond by the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, on February 7, 2005.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons tolling the period of supervision and directing Jeffrey Nathenson to appear before this court at Bridgeport, Connecticut on March 20, 2007 at 9:30 a.m. to show cause why supervision should not be revoked

**ORDER OF COURT**

Considered and ordered this 14th day of March, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Sworn to By

Joseph Zampano
United States Probation Officer

Place Bridgeport, Connecticut

Date March 14, 2007

Before me, the Honorable Janet C. Hall, United States District Judge, on this 14th day of March 2007 at New Haven, Connecticut, U.S. Probation Officer Joseph Zampano appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet C. Hall
United States District Judge